UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

[Electronically Filed]

5:12CV-44-R

JUDY ELDER, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF WILLIAM F. FENNELL, DECEASED,                                             PLAINTIFF,

V.                                    **COMPLAINT**

MURRAY-CALLOWAY COUNTY PUBLIC
HOSPITAL CORPORATION AND MURRAY-CALLOWAY
COUNTY PUBLIC HOSPITAL CORPORATION d/b/a
MURRAY-CALLOWAY COUNTY HOSPITAL,                                             DEFENDANT.

Plaintiff Judy Elder, Personal Representative of the Estate of William F. Fennell, deceased, by counsel, for her Complaint, states as follows:

**PARTIES**

1. Plaintiff Judy Elder (Ms. Elder) resides at 562 Edwards Street, Sturgis, Mississippi 39769. She is the Personal Representative of the Estate of William F. Fennell, deceased (Mr. Fennell).

2. Defendants Murray-Calloway County Public Hospital Corporation d/b/a Murray-Calloway County Hospital and Murray-Calloway County Public Hospital Corporation (Hospital) have the principal place of business at 803 Poplar Street, Murray, Kentucky. Hospital's agent for purposes of service of process is William C. Adams III, 291 Main Street, P. O. Box 1419, Murray, Kentucky 42071.

## JURISDICTION AND VENUE

3. This matter in controversy exceeds the sum of the jurisdictional limits of this Court, exclusive of interest and costs.

4. This Court has jurisdiction of this action pursuant to the provisions of 28 U.S.C. § 1332.

5. Venue of this action lies with this Court pursuant to the provisions of 28 U.S.C. § 1391.

## BACKGROUND FACTS AND NEGLIGENCE

6. Hospital undertook to provide medical care for Mr. Fennell.

7. On and after February 19, 2011, Mr. Fennell entered into and remained in a hospital patient relationship with Hospital.

8. Pursuant to this relationship, Hospital rendered medical care and treatment to Mr. Fennell in a negligent manner in such a way as to depart from the standard of care required of hospitals under the same or similar circumstances.

## DAMAGES

9. The foregoing acts and negligence of Hospital were substantial factors in causing Mr. Fennell to suffer extensive and severe injuries which resulted in his death.

10. As a result of the foregoing acts and negligence, Mr. Fennell endured mental and physical pain and suffering, incurred medical and hospital expenses, and his estate suffered the destruction of his earning capacity and incurred funeral expenses.

WHEREFORE, Plaintiff respectfully demands as follows:

A. Judgment against Hospital for compensatory damages;

B. Her costs herein expended including a reasonable attorney's fee;

C. A trial by jury on all issues so triable; and,

D. Such other relief to which she may be entitled.

/s/ W. Douglas Myers
W. Douglas Myers
DEATHERAGE, MYERS & LACKEY, PLLC
701 South Main Street
P. O. Box 1065
Hopkinsville, Kentucky  42241-1065
dmyers@dmsllaw.com
Telephone:   270-886-6800
Facsimile:   270-885-7127

Counsel for Plaintiff