UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-44-R

JUDY ELDER                                                                                                          PLAINTIFF

V.

MURRAY-CALLOWAY COUNTY PUBLIC
HOSPITAL CORPORATION                                                                                      DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel